IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | |
| SHAUNDA BROWN., | ) ) ) | Chapter 11 |
| Debtor. | ) ) ) ) | Case No. 13-B-39422<br>Honorable Carol S. Doyle |

**INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION**

This matter coming to be heard upon the Motion of Shaunda Brown (the "Debtor") for an Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection (the "Motion"), pursuant to sections 361, 363 and 552 of title 11 of the United States Code (the "Bankruptcy Code"); the Court having determined that the interim relief requested in the Motion is in the best interest of the Debtor, her estate, her creditors and other parties-in-interest; it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein, after due deliberation thereon, and good and sufficient cause appearing:

The Debtor and Urban Partnership Bank (the "Bank") agree that:

A. On October 8, 2013 (the "Petition Date"), the Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code.

B. The Debtor owns a parcel or real property located at 1827-35 West 103rd Street, Chicago, IL 60643 (the "Property"), PIN #25-18-201-001-0000, upon which the Debtor operates as a landlord for six residential apartments and seven storefronts.

C. The Bank, through its predecessor, made a loan to the Debtor in the original amount of $830,000.00 (the "Loan"), evidenced by a Promissory Note dated October 30, 2006 (the "Original Note"). On or about March 2, 2009, the Note was amended by virtue of a Loan Modification Agreement ("First Amendment"). On or about July 27, 2009, the Note was amended further by virtue of a second Loan Modification Agreement ("Second Amendment").

D. To secure the Note, as amended, the Debtor executed and delivered to the Bank a Mortgage (the "Mortgage") against the real property located at 1827-35 West 103rd Street, Chicago, Illinois 60643 (the "Property"). The Bank properly perfected the Mortgage.

E. The Bank claims the amount due under the Note as of the Petition Date is not less than $936,751.26 (the "Bank's Claimed Amount"). The Debtor shall have until December 4, 2013 to file any objection to the Bank's Claimed Amount and, if the Debtor does not file an objection with this Court to the Bank's Claimed Amount on or before that Claim Objection Deadline, the Bank's Claimed Amount shall be valid and allowed.

F. The Bank, through its predecessor, made a second loan to the Debtor in the original amount of $100,000.00 (the "Second Loan"), evidenced by a Promissory Note dated June 13, 2008 (the "Second Note").

G. To secure the Second Note, the Debtor executed and delivered to the Bank a second mortgage against the Property (the "Second Mortgage"). The Bank properly perfected the Second Mortgage.

H. The amount due under the Second Note as of the Petition Date is not less than $109,369.39. (the "Bank's Second Claimed Amount"). The Debtor shall have until December 4, 2013 to file any objection to the Bank's Second Claimed Amount and, if the Debtor does not file an objection with this Court to the Bank's Second Claimed Amount on or before that Claim Objection Deadline, the Bank's Second Claimed Amount shall be valid and allowed.

I. The Bank holds a secured claim against the Property and proceeds thereof (the "Cash Collateral" and collectively with the Property, the "Collateral").

J. The Bank is entitled to adequate protection of its interests in the Collateral.

K. An immediate need exists for the Debtor to use Case Collateral in order to minimize disruption to and avoid the termination of her business operations, and to enhance the possibility of a successful reorganization.

IT IS HEREBY ORDERED THAT:

1. The Bank's Secured Claim and Collateral is not currently adequately protected. The Debtor must make monthly adequate protection payment to the Bank on or before the 1st day of each month in the amount of $5,332.00 (the "Adequate Protection Payment"). The Debtor must comply with all of her obligations under the loan agreements with the Bank, including paying all taxes, insurance and maintenance of the Collateral.

2. From and after the date of this Order through and including December 4, 2013, the Debtor shall be and hereby is, authorized to use Cash Collateral on an interim basis. For the purposes of this Order, Cash Collateral shall consist of all proceeds of the Property, acquired after the Petition Date; provided, however, that the Debtor is only authorized and entitled to use such Cash Collateral to satisfy those expenses in the amounts set forth on the monthly budget ("Budget")

[033458.0320/1237636/1]

attached to this Order as Exhibit A and incorporated by reference herein, as such budget may be amended from time to time upon approval by the Bank.

3. The Debtor shall maintain a separate segregated account at United Central Bank for the Cash Collateral and all proceeds of the Property.

4. If the Debtor fails to timely make any Adequate Protection Payment, uses Cash Collateral for any purpose not included in the Budget or for an amount greater than allocated in the Budget, fails to maintain a segregated account for the proceeds of the Property, or places the Cash Collateral in any account other than the respective designated account for such cash, then the Debtor's authority to use Cash Collateral will be immediately terminated, without notice.

5. To the extent that the value of the Collateral declines from its value on the Petition Date, the Bank shall have a post-petition replacement lien on assets of the estate other than the Collateral.

6. A Final Hearing on the Motion will take place on December 4, 2013 at ~~10:00am~~ 10:30 *in Courtroom 742, 219 S. Dearborn Street, Chicago, Illinois*

Dated: 11/20/2013                    ENTERED:

_____
Honorable Carol S. Doyle
UNITED STATES BANKRUPTCY JUDGE

[033458.0320/1237636/1]

*In re Shaunda Brown*, 13-39422　　　　　　　　　　EXHIBIT A

## October Business Budget

| Gross Income | |
|---|---|
| Rental Income 1835 Back | $775.00 |
| Rental Income 1835 Front | $775.00 |
| Rental Income from 1833 Front | $800.00 |
| Rental Income from 1833 Back | $750.00 |
| Rental Income from 1827-2 | $900.00 |
| Rental Income from 1829-2 | $875.00 |
| Rental Income from 1827, Island Furs | $2,335.84 |
| Rental Income from 1831, Cheysux Designs | $1,162.72 |
| Rental Income from 1835, Books Ink | $832.00 |
| Rental Income from 10303, The Harris Group | $730.08 |
| Rental Income from 10311, ABC Engineering | $750.00 |
| Rental Income from 10305-07, Bradley Myles Realty | $350.00 |
| Rental Income from 1833, Fernwood Cleaners | $1,799.78 |
| **Total Income** | **$12,835.42** |
| | |
| **Projected Rental Shortfall** | |
| Rental Shortfall | $1,750.00 |
| | |
| **Debt Payments - Urban Partnership Bank** | |
| First Mortgage | $4,789.00 |
| Second Mortgage | $543.00 |
| **Total Adequate Protection Payments** | **$5,332.00** |
| | |
| **Real Estate Taxes** | |
| Property taxes 1831 W 103RD ST | $990.00 |
| Property taxes 1829 W 103RD ST | $589.60 |
| **Total Real Estate Taxes** | **$1,579.60** |
| | |
| **Projected Expenses** | |
| Electric | $90.00 |
| Gas | $130.00 |
| Insurance | $806.16 |
| Waste Disposal | $200.00 |
| Water Bills | $0.00 |
| Property management | $400.00 |
| Maintenance | $400.00 |
| Repairs | $780.00 |
| United States Trustee Fee | $216.00 |
| **Total Expenses** | **$3,022.16** |
| | |
| **TOTALS** | |
| Total Income | $12,835.42 |
| Projected Shortfall | -$1,750.00 |
| Total Debt Payments | -$5,332.00 |
| Total Real Estate Taxes | -$1,579.60 |
| Total Expenses | -$3,022.16 |
| | |
| **NET RETAINED EARNINGS** | **$1,151.66** |

*In re Shaunda Brown*, 13-39422                    EXHIBIT A

**November Business Budget**

| Gross Income | |
|---|---|
| Rental Income 1835 Back | $775.00 |
| Rental Income 1835 Front | $775.00 |
| Rental Income from 1833 Front | $800.00 |
| Rental Income from 1833 Back | $750.00 |
| Rental Income from 1827-2 | $900.00 |
| Rental Income from 1829-2 | $875.00 |
| Rental Income from 1827, Island Furs | $2,335.84 |
| Rental Income from 1831, Cheysux Designs | $1,162.72 |
| Rental Income from 1835, Books Ink | $832.00 |
| Rental Income from 10303, The Harris Group | $730.08 |
| Rental Income from 10311, ABC Engineering | $750.00 |
| Rental Income from 10305-07, Bradley Myles Realty | $350.00 |
| Rental Income from 1833, Fernwood Cleaners | $1,799.78 |
| **Total Income** | **$12,835.42** |
| | |
| **Projected Expenses** | |
| Rental Shortfall | $1,750.00 |
| | |
| **Debt Payments - Urban Partnership Bank** | |
| First Mortgage | $4,789.00 |
| Second Mortgage | $543.00 |
| **Total Adequate Protection Payments** | **$5,332.00** |
| | |
| **Real Estate Taxes** | |
| Property taxes 1831 W 103RD ST | $990.00 |
| Property taxes 1829 W 103RD ST | $589.60 |
| **Total Real Estate Taxes** | **$1,579.60** |
| | |
| **Projected Expenses** | |
| Electric | $120.00 |
| Gas | $130.00 |
| Insurance | $806.16 |
| Waste Disposal | $200.00 |
| Water Bills | $2,760.00 |
| Property management | $400.00 |
| Maintenance | $400.00 |
| Repairs | $780.00 |
| United States Trustee Fee | $216.00 |
| **Total Expenses** | **$5,812.16** |
| | |
| **TOTALS** | |
| Total Income | $12,835.42 |
| Projected Shortfall | -$1,750.00 |
| Total Debt Payments | -$5,332.00 |
| Total Real Estate Taxes | -$1,579.60 |
| Total Expenses | -$5,812.16 |
| | |
| **NET RETAINED EARNINGS** | **-$1,638.34** |

*In re Shaunda Brown*, 13-39422                    EXHIBIT A

## December Business Budget

| Gross Income | |
|---|---|
| Rental Income 1835 Back | $775.00 |
| Rental Income 1835 Front | $775.00 |
| Rental Income from 1833 Front | $800.00 |
| Rental Income from 1833 Back | $750.00 |
| Rental Income from 1827-2 | $900.00 |
| Rental Income from 1829-2 | $875.00 |
| Rental Income from 1827, Island Furs | $2,335.84 |
| Rental Income from 1831, Cheysux Designs | $1,162.72 |
| Rental Income from 1835, Books Ink | $832.00 |
| Rental Income from 10303, The Harris Group | $730.08 |
| Rental Income from 10311, ABC Engineering | $750.00 |
| Rental Income from 10305-07, Bradley Myles Realty | $350.00 |
| Rental Income from 1833, Fernwood Cleaners | $1,799.78 |
| **Total Income** | **$12,835.42** |
| | |
| **Projected Expenses** | |
| Rental Shortfall | $1,750.00 |
| | |
| **Debt Payments - Urban Partnership Bank** | |
| First Mortgage | $4,789.00 |
| Second Mortgage | $543.00 |
| **Total Adequate Protection Payments** | **$5,332.00** |
| | |
| **Real Estate Taxes** | |
| Property taxes 1831 W 103RD ST | $990.00 |
| Property taxes 1829 W 103RD ST | $589.60 |
| **Total Real Estate Taxes** | **$1,579.60** |
| | |
| **Projected Expenses** | |
| Electric | $120.00 |
| Gas | $130.00 |
| Insurance | $806.16 |
| Waste Disposal | $200.00 |
| Water Bills | $0.00 |
| Property management | $400.00 |
| Maintenance | $400.00 |
| Repairs | $780.00 |
| United States Trustee Fee | $216.00 |
| **Total Expenses** | **$3,052.16** |
| | |
| **TOTALS** | |
| Total Income | $12,835.42 |
| Projected Shortfall | -$1,750.00 |
| Total Debt Payments | -$5,332.00 |
| Total Real Estate Taxes | -$1,579.60 |
| Total Expenses | -$3,052.16 |
| | |
| **NET RETAINED EARNINGS** | **$1,121.66** |

*In re Shaunda Brown*, 13-39422                                           EXHIBIT A

## January Business Budget

| Gross Income | |
|---|---|
| Rental Income 1835 Back | $775.00 |
| Rental Income 1835 Front | $775.00 |
| Rental Income from 1833 Front | $800.00 |
| Rental Income from 1833 Back | $750.00 |
| Rental Income from 1827-2 | $900.00 |
| Rental Income from 1829-2 | $875.00 |
| Rental Income from 1827, Island Furs | $2,335.84 |
| Rental Income from 1831, Cheysux Designs | $1,162.72 |
| Rental Income from 1835, Books Ink | $832.00 |
| Rental Income from 10303, The Harris Group | $730.08 |
| Rental Income from 10311, ABC Engineering | $750.00 |
| Rental Income from 10305-07, Bradley Myles Realty | $350.00 |
| Rental Income from 1833, Fernwood Cleaners | $1,799.78 |
| **Total Income** | **$12,835.42** |
| | |
| **Projected Expenses** | |
| Rental Shortfall | $1,750.00 |
| | |
| **Debt Payments - Urban Partnership Bank** | |
| First Mortgage | $4,789.00 |
| Second Mortgage | $543.00 |
| **Total Adequate Protection Payments** | **$5,332.00** |
| | |
| **Real Estate Taxes** | |
| Property taxes 1831 W 103RD ST | $990.00 |
| Property taxes 1829 W 103RD ST | $589.60 |
| **Total Real Estate Taxes** | **$1,579.60** |
| | |
| **Projected Expenses** | |
| Electric | $120.00 |
| Gas | $130.00 |
| Insurance | $806.16 |
| Waste Disposal | $200.00 |
| Water Bills | $0.00 |
| Property management | $400.00 |
| Maintenance | $400.00 |
| Repairs | $780.00 |
| United States Trustee Fee | $216.00 |
| **Total Expenses** | **$3,052.16** |
| | |
| **TOTALS** | |
| Total Income | $12,835.42 |
| Projected Shortfall | -$1,750.00 |
| Total Debt Payments | -$5,332.00 |
| Total Real Estate Taxes | -$1,579.60 |
| Total Expenses | -$3,052.16 |
| | |
| **NET RETAINED EARNINGS** | **$1,121.66** |

*In re Shaunda Brown*, 13-39422                                    EXHIBIT A

## February Business Budget

| Gross Income | |
|---|---|
| Rental Income 1835 Back | $775.00 |
| Rental Income 1835 Front | $775.00 |
| Rental Income from 1833 Front | $800.00 |
| Rental Income from 1833 Back | $750.00 |
| Rental Income from 1827-2 | $900.00 |
| Rental Income from 1829-2 | $875.00 |
| Rental Income from 1827, Island Furs | $2,335.84 |
| Rental Income from 1831, Cheysux Designs | $1,162.72 |
| Rental Income from 1835, Books Ink | $832.00 |
| Rental Income from 10303, The Harris Group | $730.08 |
| Rental Income from 10311, ABC Engineering | $750.00 |
| Rental Income from 10305-07, Bradley Myles Realty | $350.00 |
| Rental Income from 1833, Fernwood Cleaners | $1,799.78 |
| **Total Income** | **$12,835.42** |
| **Projected Expenses** | |
| Rental Shortfall | $1,750.00 |
| **Debt Payments - Urban Partnership Bank** | |
| First Mortgage | $4,789.00 |
| Second Mortgage | $543.00 |
| **Total Adequate Protection Payments** | **$5,332.00** |
| **Real Estate Taxes** | |
| Property taxes 1831 W 103RD ST | $990.00 |
| Property taxes 1829 W 103RD ST | $589.60 |
| **Total Real Estate Taxes** | **$1,579.60** |
| **Projected Expenses** | |
| Electric | $90.00 |
| Gas | $130.00 |
| Insurance | $806.16 |
| Waste Disposal | $200.00 |
| Water Bills | $2,760.00 |
| Property management | $400.00 |
| Maintenance | $400.00 |
| Repairs | $780.00 |
| United States Trustee Fee | $216.00 |
| **Total Expenses** | **$5,782.16** |
| **TOTALS** | |
| Total Income | $12,835.42 |
| Projected Shortfall | -$1,750.00 |
| Total Debt Payments | -$5,332.00 |
| Total Real Estate Taxes | -$1,579.60 |
| Total Expenses | -$5,782.16 |
| **NET RETAINED EARNINGS** | **-$1,608.34** |

*In re Shaunda Brown*, 13-39422                             EXHIBIT A

**March Business Budget**

| Gross Income | |
|---|---|
| Rental Income 1835 Back | $775.00 |
| Rental Income 1835 Front | $775.00 |
| Rental Income from 1833 Front | $800.00 |
| Rental Income from 1833 Back | $750.00 |
| Rental Income from 1827-2 | $900.00 |
| Rental Income from 1829-2 | $875.00 |
| Rental Income from 1827, Island Furs | $2,335.84 |
| Rental Income from 1831, Cheysux Designs | $1,162.72 |
| Rental Income from 1835, Books Ink | $832.00 |
| Rental Income from 10303, The Harris Group | $730.08 |
| Rental Income from 10311, ABC Engineering | $750.00 |
| Rental Income from 10305-07, Bradley Myles Realty | $350.00 |
| Rental Income from 1833, Fernwood Cleaners | $1,799.78 |
| **Total Income** | **$12,835.42** |
| | |
| **Projected Expenses** | |
| Rental Shortfall | $1,750.00 |
| | |
| **Debt Payments - Urban Partnership Bank** | |
| First Mortgage | $4,789.00 |
| Second Mortgage | $543.00 |
| **Total Adequate Protection Payments** | **$5,332.00** |
| | |
| **Real Estate Taxes** | |
| Property taxes 1831 W 103RD ST | $990.00 |
| Property taxes 1829 W 103RD ST | $589.60 |
| **Total Real Estate Taxes** | **$1,579.60** |
| | |
| **Projected Expenses** | |
| Electric | $90.00 |
| Gas | $130.00 |
| Insurance | $806.16 |
| Waste Disposal | $200.00 |
| Water Bills | $0.00 |
| Property management | $400.00 |
| Maintenance | $400.00 |
| Repairs | $780.00 |
| United States Trustee Fee | $216.00 |
| **Total Expenses** | **$3,022.16** |
| | |
| **TOTALS** | |
| Total Income | $12,835.42 |
| Projected Shortfall | -$1,750.00 |
| Total Debt Payments | -$5,332.00 |
| Total Real Estate Taxes | -$1,579.60 |
| Total Expenses | -$3,022.16 |
| | |
| **NET RETAINED EARNINGS** | **$1,151.66** |

*In re Shaunda Brown*, 13-39422                                EXHIBIT A

## April Business Budget

| Gross Income | |
|---|---|
| Rental Income 1835 Back | $775.00 |
| Rental Income 1835 Front | $775.00 |
| Rental Income from 1833 Front | $800.00 |
| Rental Income from 1833 Back | $750.00 |
| Rental Income from 1827-2 | $900.00 |
| Rental Income from 1829-2 | $875.00 |
| Rental Income from 1827, Island Furs | $2,335.84 |
| Rental Income from 1831, Cheysux Designs | $1,162.72 |
| Rental Income from 1835, Books Ink | $832.00 |
| Rental Income from 10303, The Harris Group | $730.08 |
| Rental Income from 10311, ABC Engineering | $750.00 |
| Rental Income from 10305-07, Bradley Myles Realty | $350.00 |
| Rental Income from 1833, Fernwood Cleaners | $1,799.78 |
| **Total Income** | **$12,835.42** |
| | |
| **Projected Expenses** | |
| Rental Shortfall | $1,750.00 |
| | |
| **Debt Payments - Urban Partnership Bank** | |
| First Mortgage | $4,789.00 |
| Second Mortgage | $543.00 |
| **Total Adequate Protection Payments** | **$5,332.00** |
| | |
| **Real Estate Taxes** | |
| Property taxes 1831 W 103RD ST | $990.00 |
| Property taxes 1829 W 103RD ST | $589.60 |
| **Total Real Estate Taxes** | **$1,579.60** |
| | |
| **Projected Expenses** | |
| Electric | $90.00 |
| Gas | $130.00 |
| Insurance | $806.16 |
| Waste Disposal | $200.00 |
| Water Bills | $0.00 |
| Property management | $400.00 |
| Maintenance | $400.00 |
| Repairs | $780.00 |
| United States Trustee Fee | $216.00 |
| **Total Expenses** | **$3,022.16** |
| | |
| **TOTALS** | |
| Total Income | $12,835.42 |
| Projected Shortfall | -$1,750.00 |
| Total Debt Payments | -$5,332.00 |
| Total Real Estate Taxes | -$1,579.60 |
| Total Expenses | -$3,022.16 |
| | |
| **NET RETAINED EARNINGS** | **$1,151.66** |

Case 13-39422   Doc 35   Filed 11/20/13   Entered 11/21/13 09:43:32   Desc Main
          Document      Page 11 of 15

*In re Shaunda Brown*, 13-39422                              EXHIBIT A

## April Business Budget

| Gross Income | |
|---|---|
| Rental Income 1835 Back | $775.00 |
| Rental Income 1835 Front | $775.00 |
| Rental Income from 1833 Front | $800.00 |
| Rental Income from 1833 Back | $750.00 |
| Rental Income from 1827-2 | $900.00 |
| Rental Income from 1829-2 | $875.00 |
| Rental Income from 1827, Island Furs | $2,335.84 |
| Rental Income from 1831, Cheysux Designs | $1,162.72 |
| Rental Income from 1835, Books Ink | $832.00 |
| Rental Income from 10303, The Harris Group | $730.08 |
| Rental Income from 10311, ABC Engineering | $750.00 |
| Rental Income from 10305-07, Bradley Myles Realty | $350.00 |
| Rental Income from 1833, Fernwood Cleaners | $1,799.78 |
| **Total Income** | **$12,835.42** |
| | |
| **Projected Expenses** | |
| Rental Shortfall | $1,750.00 |
| | |
| **Debt Payments - Urban Partnership Bank** | |
| First Mortgage | $4,789.00 |
| Second Mortgage | $543.00 |
| Total Adequate Protection Payments | $5,332.00 |
| | |
| **Real Estate Taxes** | |
| Property taxes 1831 W 103RD ST | $990.00 |
| Property taxes 1829 W 103RD ST | $589.60 |
| Total Real Estate Taxes | $1,579.60 |
| | |
| **Projected Expenses** | |
| Electric | $60.00 |
| Gas | $130.00 |
| Insurance | $806.16 |
| Waste Disposal | $200.00 |
| Water Bills | $2,760.00 |
| Property management | $400.00 |
| Maintenance | $400.00 |
| Repairs | $780.00 |
| United States Trustee Fee | $216.00 |
| Total Expenses | $5,752.16 |
| | |
| **TOTALS** | |
| Total Income | $12,835.42 |
| Projected Shortfall | -$1,750.00 |
| Total Debt Payments | -$5,332.00 |
| Total Real Estate Taxes | -$1,579.60 |
| Total Expenses | -$5,752.16 |
| | |
| **NET RETAINED EARNINGS** | **-$1,578.34** |

*In re Shaunda Brown*, 13-39422                     EXHIBIT A

## June Business Budget

| Gross Income | |
|---|---|
| Rental Income 1835 Back | $775.00 |
| Rental Income 1835 Front | $775.00 |
| Rental Income from 1833 Front | $800.00 |
| Rental Income from 1833 Back | $750.00 |
| Rental Income from 1827-2 | $900.00 |
| Rental Income from 1829-2 | $875.00 |
| Rental Income from 1827, Island Furs | $2,335.84 |
| Rental Income from 1831, Cheysux Designs | $1,162.72 |
| Rental Income from 1835, Books Ink | $832.00 |
| Rental Income from 10303, The Harris Group | $730.08 |
| Rental Income from 10311, ABC Engineering | $750.00 |
| Rental Income from 10305-07, Bradley Myles Realty | $350.00 |
| Rental Income from 1833, Fernwood Cleaners | $1,799.78 |
| **Total Income** | **$12,835.42** |
| | |
| **Projected Expenses** | |
| Rental Shortfall | $1,750.00 |
| | |
| **Debt Payments - Urban Partnership Bank** | |
| First Mortgage | $4,789.00 |
| Second Mortgage | $543.00 |
| **Total Adequate Protection Payments** | **$5,332.00** |
| | |
| **Real Estate Taxes** | |
| Property taxes 1831 W 103RD ST | $990.00 |
| Property taxes 1829 W 103RD ST | $589.60 |
| **Total Real Estate Taxes** | **$1,579.60** |
| | |
| **Projected Expenses** | |
| Electric | $60.00 |
| Gas | $130.00 |
| Insurance | $806.16 |
| Waste Disposal | $200.00 |
| Water Bills | $0.00 |
| Property management | $400.00 |
| Maintenance | $400.00 |
| Repairs | $780.00 |
| United States Trustee Fee | $216.00 |
| **Total Expenses** | **$2,992.16** |
| | |
| **TOTALS** | |
| Total Income | $12,835.42 |
| Projected Shortfall | -$1,750.00 |
| Total Debt Payments | -$5,332.00 |
| Total Real Estate Taxes | -$1,579.60 |
| Total Expenses | -$2,992.16 |
| | |
| **NET RETAINED EARNINGS** | **$1,181.66** |

*In re Shaunda Brown*, 13-39422                                   EXHIBIT A

## July Business Budget

| Gross Income | |
|---|---|
| Rental Income 1835 Back | $775.00 |
| Rental Income 1835 Front | $775.00 |
| Rental Income from 1833 Front | $800.00 |
| Rental Income from 1833 Back | $750.00 |
| Rental Income from 1827-2 | $900.00 |
| Rental Income from 1829-2 | $875.00 |
| Rental Income from 1827, Island Furs | $2,335.84 |
| Rental Income from 1831, Cheysux Designs | $1,162.72 |
| Rental Income from 1835, Books Ink | $832.00 |
| Rental Income from 10303, The Harris Group | $730.08 |
| Rental Income from 10311, ABC Engineering | $750.00 |
| Rental Income from 10305-07, Bradley Myles Realty | $350.00 |
| Rental Income from 1833, Fernwood Cleaners | $1,799.78 |
| **Total Income** | **$12,835.42** |
| | |
| **Projected Expenses** | |
| Rental Shortfall | $1,750.00 |
| | |
| **Debt Payments - Urban Partnership Bank** | |
| First Mortgage | $4,789.00 |
| Second Mortgage | $543.00 |
| **Total Adequate Protection Payments** | **$5,332.00** |
| | |
| **Real Estate Taxes** | |
| Property taxes 1831 W 103RD ST | $990.00 |
| Property taxes 1829 W 103RD ST | $589.60 |
| **Total Real Estate Taxes** | **$1,579.60** |
| | |
| **Projected Expenses** | |
| Electric | $60.00 |
| Gas | $130.00 |
| Insurance | $806.16 |
| Waste Disposal | $200.00 |
| Water Bills | $0.00 |
| Property management | $400.00 |
| Maintenance | $400.00 |
| Repairs | $780.00 |
| United States Trustee Fee | $216.00 |
| **Total Expenses** | **$2,992.16** |
| | |
| **TOTALS** | |
| Total Income | $12,835.42 |
| Projected Shortfall | -$1,750.00 |
| Total Debt Payments | -$5,332.00 |
| Total Real Estate Taxes | -$1,579.60 |
| Total Expenses | -$2,992.16 |
| | |
| **NET RETAINED EARNINGS** | **$1,181.66** |

*In re Shaunda Brown*, 13-39422                               EXHIBIT A

**August Business Budget**

| Gross Income | |
|---|---|
| Rental Income 1835 Back | $775.00 |
| Rental Income 1835 Front | $775.00 |
| Rental Income from 1833 Front | $800.00 |
| Rental Income from 1833 Back | $750.00 |
| Rental Income from 1827-2 | $900.00 |
| Rental Income from 1829-2 | $875.00 |
| Rental Income from 1827, Island Furs | $2,335.84 |
| Rental Income from 1831, Cheysux Designs | $1,162.72 |
| Rental Income from 1835, Books Ink | $832.00 |
| Rental Income from 10303, The Harris Group | $730.08 |
| Rental Income from 10311, ABC Engineering | $750.00 |
| Rental Income from 10305-07, Bradley Myles Realty | $350.00 |
| Rental Income from 1833, Fernwood Cleaners | $1,799.78 |
| **Total Income** | **$12,835.42** |
| | |
| **Projected Expenses** | |
| Rental Shortfall | $1,750.00 |
| | |
| **Debt Payments - Urban Partnership Bank** | |
| First Mortgage | $4,789.00 |
| Second Mortgage | $543.00 |
| **Total Adequate Protection Payments** | **$5,332.00** |
| | |
| **Real Estate Taxes** | |
| Property taxes 1831 W 103RD ST | $990.00 |
| Property taxes 1829 W 103RD ST | $589.60 |
| **Total Real Estate Taxes** | **$1,579.60** |
| | |
| **Projected Expenses** | |
| Electric | $90.00 |
| Gas | $130.00 |
| Insurance | $806.16 |
| Waste Disposal | $200.00 |
| Water Bills | $2,760.00 |
| Property management | $400.00 |
| Maintenance | $400.00 |
| Repairs | $780.00 |
| United States Trustee Fee | $216.00 |
| **Total Expenses** | **$5,782.16** |
| | |
| **TOTALS** | |
| Total Income | $12,835.42 |
| Projected Shortfall | -$1,750.00 |
| Total Debt Payments | -$5,332.00 |
| Total Real Estate Taxes | -$1,579.60 |
| Total Expenses | -$5,782.16 |
| | |
| **NET RETAINED EARNINGS** | **-$1,608.34** |

*In re Shaunda Brown*, 13-39422                                        EXHIBIT A

**September Business Budget**

| Gross Income | |
|---|---|
| Rental Income 1835 Back | $775.00 |
| Rental Income 1835 Front | $775.00 |
| Rental Income from 1833 Front | $800.00 |
| Rental Income from 1833 Back | $750.00 |
| Rental Income from 1827-2 | $900.00 |
| Rental Income from 1829-2 | $875.00 |
| Rental Income from 1827, Island Furs | $2,335.84 |
| Rental Income from 1831, Cheysux Designs | $1,162.72 |
| Rental Income from 1835, Books Ink | $832.00 |
| Rental Income from 10303, The Harris Group | $730.08 |
| Rental Income from 10311, ABC Engineering | $750.00 |
| Rental Income from 10305-07, Bradley Myles Realty | $350.00 |
| Rental Income from 1833, Fernwood Cleaners | $1,799.78 |
| **Total Income** | **$12,835.42** |
| | |
| **Projected Expenses** | |
| Rental Shortfall | $1,750.00 |
| | |
| **Debt Payments - Urban Partnership Bank** | |
| First Mortgage | $4,789.00 |
| Second Mortgage | $543.00 |
| **Total Adequate Protection Payments** | **$5,332.00** |
| | |
| **Real Estate Taxes** | |
| Property taxes 1831 W 103RD ST | $990.00 |
| Property taxes 1829 W 103RD ST | $589.60 |
| **Total Real Estate Taxes** | **$1,579.60** |
| | |
| **Projected Expenses** | |
| Electric | $90.00 |
| Gas | $130.00 |
| Insurance | $806.16 |
| Waste Disposal | $200.00 |
| Water Bills | $0.00 |
| Property management | $400.00 |
| Maintenance | $400.00 |
| Repairs | $780.00 |
| United States Trustee Fee | $216.00 |
| **Total Expenses** | **$3,022.16** |
| | |
| **TOTALS** | |
| Total Income | $12,835.42 |
| Projected Shortfall | -$1,750.00 |
| Total Debt Payments | -$5,332.00 |
| Total Real Estate Taxes | -$1,579.60 |
| Total Expenses | -$3,022.16 |
| | |
| **NET RETAINED EARNINGS** | **$1,151.66** |